THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES WIL-LIAMS, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted January 3, 1950; decided January 5, 1950.

*Nathaniel L. Goldstein, Attorney-General (Raymond B. Mad-den* of counsel), for motion.

·No one opposed.

Motion to dismiss appeal granted and appeal dismissed.